UNITED STATES DISTRICT COURT

**ORIGINAL**

DISTRICT OF MINNESOTA

MINNEAPOLIS PAINTING INDUSTRY WELFARE FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION FUND, MINNEAPOLIS PAINTING INDUSTRY APPRENTICESHIP TRAINING FUND, MINNEAPOLIS LOCAL #386 DRYWALL FINISHING INDUSTRY PENSION FUND AND THE MINNEAPOLIS PAINTING INDUSTRY CONFERENCE FUND.

Civil No. 01-1039 DWF/AJB

Plaintiffs,

vs.

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DENNIS COBEY AND ORDER**

D. COBEY CO., INC., and
DENNIS COBEY, individually,

Defendants.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiffs hereby dismiss with prejudice Defendant Dennis Cobey from the above-captioned matter, due to the filing of Chapter 7 bankruptcy of Dennis Cobey. The Plaintiffs will proceed only against Defendant D. Cobey Co., Inc.

Date: December 6, 2001

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

*ATTORNEYS FOR PLAINTIFFS*

FILED DEC 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that Defendant Dennis Cobey is dismissed from this action with prejudice, that the action shall proceed against the corporate Defendant D. Cobey Co., Inc., and that the caption shall be changed accordingly.

Date: December 7, 2001

Donovan W. Frank
Judge of District Court