**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MINNEAPOLIS PAINTING INDUSTRY HEALTH AND WELFARE FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNEAPOLIS PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND, and LOCAL 386 MINNEAPOLIS DRYWALL FINISHING INDUSTRY PENSION FUND,

Civil No. 01-1039 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

D. COBEY CO., INC., a Minnesota business corporation,

Defendant.

---

Pamela Nissen, Esq., and Jacqueline Beaulieu, Esq., McGrann Shea Franzen Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

No response by Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: January 14, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 14 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________